# COMPLAINT FORM
(for filers who are prisoners without lawyers)

FILED
AUG 27 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF **INDIANA**

(Full name of plaintiff(s))

**LANCE WALTERS**

vs

(Full name of defendant(s))
CORIZON MEDICAL SERVICES INC,
WEXFORD HEALTH SOURCES INC.
RACHAEL Houghton, Rebecca Trivett,
Bethany Chelley, Dawn Antle, Nuvat Polar,
Toni Jordan, Sgt Eads, Sgt. Sutton, Officer Jane Doe,
Stanley Knight, Raymond Kinneson, Katie Collosy,
Sgt. Sutton, officer Simmons, Officer Garner,
Loice Mukona, individual Capacities

Case Number:

2:19-cv-415-JPH-DLP

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **Indiana**, and is located at
(State)
**Putnamville Correctional Facility
1946 W. US Highway 40 Greencastle, IN 46135**
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant **CORIZON MEDICAL SERVICES INC.
12647 Olive Blvd. St. Louis, MO 63141**
(Name)

Complaint - 1

## A.) PARTIES (Continued) DEFENDANTS

2) Wexford Health Sources Inc. is a medical provider and address is: 501 Holiday Dr. Foster Plaza Four Pittsburgh, PA 15220 and worked for Plainfield Correctional Facility 727 Moon Road Plainfield, Indiana 46168

3) Rachael Houghton is the medical director and at all times was employed with Corizon Medical Services and Wexford Health Sources at the Plainfield Correctional Facility 727 Moon Rd. Plainfield, IN 46168

4) Rebecca Trivett, is an LPN and at all times was employed with Corizon Medical Services and Wexford Health Sources at the Plainfield Correctional Facility 727 Moon Rd. Plainfield, IN 46168

5) Bethany Chidley, is a nurse practitioner and at all times was employed with Corizon Medical Services at Plainfield Correctional Facility 727 Moon Rd. Plainfield, IN 46168

6) Dawn Antle, is a nurse practitioner and was employed with Corizon Medical Services/Wexford Health Sources at Plainfield Correctional Facility in Plainfield, Indiana

7) Murat Polar, is a medical doctor and was employed with Wexford Health Sources at the Plainfield Correctional Facility 727 Moon Rd. Plainfield, IN 46168

A) PARTIES (continued) Defendants

8) Toni Jordan is a nurse and was employed with Wexford Health Sources Inc. at Plainfield Correctional Facility 727 Moon Road Plainfield, IN 46168

9) Sgt. Eads is a correctional sergeant and was at all times employed with Plainfield Correctional Facility 727 Moon Rd. Plainfield, IN 46168

10) Sgt. Sutton is a correctional sergeant and was employed with Plainfield Correctional Facility 727 Moon Rd. Plainfield, IN 46168

11) Officer Jane Doe, is a correctional officer and she was employed with Plainfield Correctional Facility 727 Moon Rd. Plainfield, IN 46168 whose identity will be known in discovery.

12) Stanley Knight is the Superintendant of the Plainfield Correctional Facility and was employed with Plainfield Correctional Facility 727 Moon Rd. Plainfield, IN 46168

13) Raymond Kinneson, is legal liason and ADA coordinator at Plainfield Correctional Facility and was employed with Plainfield Correctional Facility 727 Moon Road Plainfield, In 46168

14) Katie Collosy is the medical director of nursing and was employed with Corizon Medical Services and Wexford Health Sources and was employed at Plainfield Correctional Facility 727 Moon Rd. Plainfield, IN 46168

A.) PARTIES    (continued)   DEFENDANTS

15) Sgt. Sutton is a correctional sergeant and was employed at Plainfield Correctional Facility 727 Moon Rd. Plainfield, IN 46168

16) Officer Simmons, is a male correctional officer and was employed at Plainfield Correctional Facility 727 Moon Rd. Plainfield, IN 46168

17) Officer Garner, is a female correctional officer and was employed at Plainfield Correctional Facility 727 Moon Rd. Plainfield, IN 46168

18) Loice Mukona, is a nurse practioner and was employed with Corizon Medical Services at Plainfield Correctional Facility: 727 Moon Road Plainfield, IN 46168

B) **STATEMENT OF CLAIM**

Wexford Health Sources Inc. and Corizon Medical Services Inc. are medical providers at Plainfield Correctional Facility & allowed it's medical staff to interfere with medical treatment once prescribed by a doctor, and negligence and neglect through a series of transactions and occurances. The Plainfield Correctional Facility referred to as state defendants also violated plaintiff's rights by deliberate indifference to Plaintiff's medical needs and failed to investigate his complaints and/or grievances. Both of the defendants referred to as medical and state defendants knew of my serious medical needs and failed to perform a duty of care and intentionally interferred with medical treatment. The plaintiff upon discovery may need to amend his complaint and states as follows.

1. Plaintiff arrived at the Plainfield Correctional Facility on or about February 2016. 2) Plaintiff began to notice he had lesions on his skin and a variety of symptoms and medical defendants Bethany Chidley nurse practitioner, and Murat Polar, medical doctor, Loice Mukona, nurse practitioner, John Reynolds, nurse practitioner, Dawn Antle, nurse practitioner, denied plaintiff care for rash and told Plaintiff to purchase items from commisarry for atleast seven months. 3) Eventually a skin biopsy was taken and labs. 4) Plaintiff was diagnosed with lupus an auto immune disease with varying symptoms. 5) Plaintiff complained to medical defendants of pain in joints and muscle weakness

B) STATEMENT OF CLAIM

6) On three or four seperate occasions M.D. Murat Polar ordered a wheelchair for the Plaintiff. 7) On more than one occasion Becky Trivett, nurse had Sergeant Eads, and Dawn Antle nurse practitioner to take away Plaintiff's wheelchair as well as officer Garner and two piece clothing. 8) Plaintiff produced medical orders and the defendants mentioned, ignored him and Plaintiff made complaints to Rachael Houghton, Stanley Knight, Raymond Kinneson, Lt. Roach and case managers. 9) The Plaintiff filed grievances. 10) Plaintiff was given a broken wheelchair by Wexford medical defendants and this chair caused the Plaintiff an injury cutting his hand. The officer listed as Jane Doe witnessed this incident and failed to help the Plaintiff. 11) The Plaintiff was able to get an inmate to push him back to medical health care unit where he was treated for the injury. 12) Plaintiff made complaints to Rachael Houghton, and other medical defendants working for Wexford and they failed to investigate his complaints. 13) I also filed several grievances at Plainfield Correctional Facility. 14) Eventually Katie Collosy approved as well as Rachael Houghton a wheelchair that worked properly after Plaintiff's injury. 15) On 10-26-2017 Plaintiff was in East Unit when I complained to state defendants Sutton and Simmons that I had chest pain and needed medical attention and Sgt. Sutton stated get away from desk you are faking. 16) Another officer noticed that I was not well and spoke to Sgt.

B) **STATEMENT OF CLAIM**

17) Officer Simmons told me that I needed to fill out a health care request form, to be seen and find someone to push me to see medical. 18) I explained to officer Simmons that I was very dizzy and in a lot of pain. 19) Officer Simmons and Sgt. Sutton told me I was faking. 20) I found an inmate to help push me to medical. 21) I was seen by Toni Jordan (nurse) medical defendant who also told me I was faking and eventually I was given an EKG. 22) The EKG showed that I was not faking that I was having heart issues, 23) nurse Jordan told me I would have to wait until the on call nurse was able to return her call to give me any medication or give authorization for 911 to be called 24) Eventually 911 was called and I was transported by ambulance to Hendricks Regional Hospital Emergency room where I received electro cardio version procedure immediatly. 25) I made complaints and grievances to Stanley Knight, Charles Penfold, Rachael Houghton, Raymond Kinneson, and case manager and nobody investigated my complaints, failed to act. 26) Plaintiff exhausted all of his administrative remedies available to him. 27) Upon discovery Plaintiff may need to amend his complaint. 28) as defendants knew Plaintiff was out of his medications and failed to act upon that knowledge

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Compensatory damages for injury caused by the defendants in each of their capacities and Punitive damages to punish the defendants for their conduct to deter them from Commiting similar acts in the future Compensatory damages in the ammount of 250,000.00 per defendant. Award Punitive damages 500,000.00 per defendant

E.  JURY DEMAND

☒  Jury Demand - I want a jury to hear my case
              OR

☐  Court Trial – I want a judge to hear my case

Dated this 27th day of August 20 19.

Respectfully Submitted,

*Lance Watt*
Signature of Plaintiff

103746
Plaintiff's Prisoner ID Number

Putnamville Correctional Facility
1946 West US Highway 40
Greencastle, Indiana 46135
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.