**FILED**
4:14 pm, Aug 27, 2019
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

UNITED STATES DISTRICT COURT

FOR THE __SOUTHERN__ DISTRICT OF __INDIANA__

---

__LANCE WALTERS__
Full name of plaintiff(s)

v.

Case No. __2:19-cv-415-JPH-DLP__
(Provided by the clerk of court)

__CORIZON MEDICAL SERVICES INC.__
Full name of defendant(s) __et, all__

---

### PRISONER REQUEST TO PROCEED IN DISTRICT COURT

### WITHOUT PREPAYING THE FULL FILING FEE

---

Answer the following questions to the best of your ability.
**Note:** If you do not tell the truth, the court may dismiss your lawsuit.

I. **Personal Information**

1) Your Name __Lance Walters__

   (a) State the place of your incarceration and provide your prisoner identification number.

   __Putnamville Correctional Facility__     __103746__
   (place)                                    (number)

   (b) Are you employed at the institution?      ☒ Yes   ☐ No

   (c) Do you receive any payment from the institution?   ☒ Yes   ☐ No

Attach a printout of your prison trust account statement showing transactions for six-month period immediately preceding the filing of this request and showing the current balance of your account.

Fee Request – 1

2) Do you have any dependents that you are responsible for supporting?

☐ Yes   ☒ No

If "yes" list them below.

| Name or initials (for minor children only) | Relationship to you | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

II. **Property or Assets:** - If you are married, your answers must **include your spouse's property.**

1) Do you own a car?

☐ Yes   ☒ No   If "yes" list the car(s) below:

| Make and Model | Year | Approximate |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2) Do you own your home(s)?   ☐ Yes  ☒ No

If "Yes," state the approximate value(s),   $_____

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?   $_____

3) Do you have any cash or checking, savings, or other similar accounts?

☐ Yes   ☒ No

If "Yes," state the total of such sums.   $_____

Fee Request – 2

4)  Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 ok), artwork, or jewelry?

☐ Yes   ☒ No

If "Yes," describe the property and the approximate value(s).

_____

_____

## III. Litigation History

For each federal lawsuit that you recall having filed, list as much of the following information that your remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| Case Name (Plaintiffs and defendants) | Case number (or year of filing) | Federal district |
|---|---|---|
| LANCE MEREDITH v. JACK COTTEY | ? 2001 or 2002 | SOUTHERN |
|  |  |  |
|  |  |  |
|  |  |  |

IV.     **Other Circumstances** – Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

I have a debt of $165.70, what income I do receive from my prison job will go towards this debt until it is paid in full. The prison does not even allow me to purchase hygeine or over the counter medications from commisary. This debt is for copies.

I, Lance Walters, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filling fee and that I am entitled to the relief sought in the complaint.

August 27th, 2019
Date

*Lance Walters*
**Signature – Signed Under Penalty of Perjury**