UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LANCE WALTERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00415-JPH-DLP |
| | ) | |
| REBECCA TRIVETT, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY ON PENDING MOTIONS**

This matter is before the Court for resolution of several motions by the parties.

**I. Motion for Change of Judge**

Plaintiff Lance Walters' motion for change of judge, dkt. [63], is **DENIED**. Mr. Walters alleges that the undersigned judge "has been bias[ed]" and "shown prejudice" toward him. Mr. Walters explains these allegations only by stating that the undersigned judge has not ruled on motions quickly and that he has ruled against Mr. Walters on certain motions. But "'[j]udicial rulings alone almost never constitute a valid basis' for a recusal motion." *Grove Fresh Distribs., Inc. v. John Labatt, Ltd.*, 299 F.3d 635, 640 (7th Cir. 2002) (quoting *Liteky v. United States*, 510 U.S. 540, 555 (1994)). "Any bias must be proven by compelling evidence," and "[t]he bias or prejudice 'must be grounded in some personal animus or malice that the judge harbors . . . of a kind that a fair-minded person could not entirely set aside when judging certain persons or causes.'" *Id.* (quoting *United States v. Balistrieri*, 779 F.2d 1191, 1201 (7th Cir. 1985)). Mr. Walters has not shown bias by compelling evidence.

1

## II. Motions Regarding Motion to Dismiss

Defendant Loice Mukona's motion to join the Corizon defendants' motion to dismiss, dkt. [65], is **GRANTED**. Mr. Walters' motion for extension of time, dkt. [71], is **GRANTED**. Mr. Walters shall have **through May 8, 2020**, to respond to the motion to dismiss.

## III. Motions to Appoint Counsel

Mr. Walters' motions to appoint counsel, dkts. [72] and [79], are **DENIED** for the same reasons set forth at dkt. 46. Mr. Walters remains competent to litigate this matter on his own at least through the resolution of any motions for summary judgment.

## IV. Motion for Hearing

Mr. Walters' motion requesting a hearing, dkt. [74], is **DENIED**.

## V. Conclusion

In sum:

- Mr. Walters' motion for change of judge, dkt. [63], is **denied**.

- Ms. Mukona's motion to join the Corizon defendants' motion to dismiss, dkt. [65], is **granted**.

- Mr. Walters' motion for extension of time, dkt. [71], is **granted**. Mr. Walters shall have **through May 8, 2020**, to respond to the motion to dismiss.

- Mr. Walters' motions to appoint counsel, dkts. [72] and [79], are **denied**.

- Mr. Walters' motion requesting a hearing, dkt. [74], is **denied**.

Finally, the **clerk is directed** to update the spelling of the following defendant's name on the docket:

| Current Spelling | Updated Spelling |
| --- | --- |
| Loice Mulkona | Loice Mukona |

**SO ORDERED.**

Date: 4/3/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

LANCE WALTERS
103746
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Douglass R. Bitner
KATZ KORIN CUNNINGHAM, P.C.
dbitner@kkclegal.com

Jeb Adam Crandall
BLEEKE DILLON CRANDALL ATTORNEYS
jeb@bleekedilloncrandall.com

Jane J. Handley
INDIANA ATTORNEY GENERAL
jane.handley@atg.in.gov

Adriana Katzen
BLEEKE DILLON CRANDALL ATTORNEYS
adriana@bleekedilloncrandall.com

Angela Marie Rinehart
KATZ KORIN CUNNINGHAM, P.C.
arinehart@kkclegal.com