C.C. Sgt. Stanley Knight, Charles Penfold, Raymond Kinneson, Chambers, Shift Supervisor, Wexford Medical,

Rec. 11/7/17 -XSA
Reviewed 11/8/17
Pt. was released *
RN visits

## EMERGENCY GRIEVANCE & COMPLAINT

ON 10-26-2017 I told Sgt. Sutton I was having chest pain and after using restroom needed a plunger at this time Sgt. Sutton stated "I'm busy now that's not my problem" Inmate Richard Wetzel #913121 went to an officer McKinney working Q-Unit and he pushed me in my wheelchair to officers Desk to get me medical attention at this time Sgt. Sutton stated "He's faking" Have him fill out a health care request and medical can schedule him to be seen. I explained I was very dizzy my chest was pounding & in pain officer Simmons said he has to fill out a health care request. Officer McKinney told him Simmons to call medical at this time Simmons said "he needs to find a wheelchair pusher." He McKinney found me inmate Larry Stewart to push me to health services unit. I was finally sent out to Hendricks Regional after further delay I had atrial fibrillation - HRH where I had to receive electrical cardioversion. I put in request for interview to Shift Supervisor and Mr. Chambers about the issue. Sgt. Sutton is a supervisor and works in a medical dorm His delay could have killed me and his subordinates actions Simmons, and medical staff delays. No signal was called. I had to rely on inmates while staff was negligent.

163746



EXHIBIT A



| | STATE OF INDIANA | |
|---|---|---|
| Eric J. Holcomb<br>Governor | Department of Correction<br>**PLAINFIELD CORRECTIONAL FACILITY**<br>727 Moon Road ~ Plainfield, Indiana 46168-9400 | |
| Robert E. Carter Jr.<br>Commissioner | Phone: (317) 839-2513 ~ Fax: (317) 837-1875 | Tricia Pretorius<br>Warden |

To: Lance Walters #103746
Westville Correctional Facility
E1-E2-5L

From: Plainfield Correctional Facility
Plainfield, Indiana

Date: December 7, 2020

Re: Letter received by facility

Offender Walters, # 103746,

According to the statute covering retention of records the facility is required to maintain copies of these records for three years from the date of the record. You are requesting records from as far back as 2015 to 2017, this is outside of the time frame. The facility under the requirements for records retention does not have these records.

A search of Mr. Kinison's records for that time also finds no records for this time frame. Records retention also requires documents to be kept for three years from the date of the document. No documentation was located for the period requested.

Plainfield Correctional Facility

EOE

**EXHIBIT B**

**EXHIBIT C**

Plainfield Correctional Facility
727 Moon Rd.
Plainfield, In 46168

INDIANAPOLIS IN 460
9 DEC 2020 PM 6 L

U.S. POSTAGE ✉ PITNEY BOWES
ZIP 46168 $ 000.50⁰
02 4W
0000349887 DEC. 09. 2020

DEC 21 2020

Lance Walters #103746
Westville Correctional Facility
5501 S. 1100 West
Westville, In 46391

46391-593501

DECLARATION

# AFFIDAVIT

I, Lance Walters, hereby affirm, under penalty of perjury pursuant to **Indiana Code 35-44.1-2-1**, the following to wit:

I am the Plaintiff in this case. I am over the age of 18 and of sound mind. That I met with Charles Penfold the Grievance Specialist at IYC while I was housed there concerning my grievances against Defendants Knight, Eads, Kinnison. I filed informal grievances, formal grievances, and grievance appeals in accordance with IDOC policy. That after exhausting my available administrative remedies in the grievance process I was released from IYC on November 8, 2017 to Hamilton County Community Corrections. I have sent numerous letters to IYC requesting my records from the grievance office. That on December 21, 2020 I have received written correspondance from IYC stating that per document retention policy they no longer have my grievances. I received the declaration of John Harvil and his declaration with Grievance record. Upon review I noticed Grievance log ID# 107723 showing a grievance filed at IYC on June 10, 2019. Upon my review of this grievance log ID# this grievance was filed at ISF while I was housed there on June 10, 2019 that Mr. John Harvil forged this record and committed perjury to this court. The evidence attached to this declaration will show that my grievances were destroyed per retention policy. Furthermore this affiant saith not.

[signature]

Westville Correctional Facility
5501 South 1100 West, Dorm E16-2SL
Westville, IN 46391

## ACKNOWLEDGEMENT

STATE OF INDIANA    )
                    ) Scilicet
COUNTY OF LA PORTE  )

SUBSCRIBED TO AND SWORN before me this, 11 day of January, 2021, a Notary Public in and for said County, that Lance Walters personally appeared, and known to me to be the man whose name subscribed to the: **A F F I D A V I T** and acknowledged to be said person.

KELSEY S. TORRES
Notary Public, State of Indiana
Commission Number NP0720177
My Commission Expires
May 07, 2027

[signature] Seal;

Resident of Porter, Indiana
My Commission expires; May 07, 2027

**EXHIBIT D**

(FORM 6)



# GRIEVANCE APPEAL
State Form 45473 (R3 / 4-17)
DEPARTMENT OF CORRECTION
OFFENDER GRIEVANCE PROGRAM

**FOR OFFICIAL USE ONLY**
Grievance log number: 107725

Date form sent to offender (month, day, year): JUN 24 2019
Date of grievance (month, day, year): 6-4-19
Name of offender: Lance Walters
DOC number: 103746
Facility: IYC
Housing assignment: 11 North 49 Lower A
Date grievance response received (month, day, year): 6-17-19

**Facility level appeal:**
IYC Grievance Spc. Jones either ignores or eludes my issue R.E. the allegations that I owe IYC 177.88 and does not even offer proof of the debt. Also the Business office at ISF denies my request for reasonable accommodation leaving $.00 on my Inmate Trust Fund Acct after numerous requests have been made letting them know I have (sic) lupus and need to purchase sunscreen and a hat to protect myself from the sun. I do not owe IYC any money for copy's or postage as the print out states I recvd at ISF by the business office. There is no proof that this was properly investigated. Jones states I have a significant ammount of money in my account to purchase the items I requested again this is false. I'm asking for this to be reviewed and cleared from my account as I'm on a new commitment at a new facility and both facilities are involved putting my health at risk and denying me a reasonable accomodation. I request to rescind limited Power of Attorney until debt is resolved.

Signature of offender: Lance Walters
Date signed (month, day, year): 6-24-2019

**Facility level response:**

SCANNED TO IRIS

Your appeal has been reviewed. Facility level 1 response is appropriate. Appeal Denied.

Signature of warden / designee: [signature]
Date signed (month, day, year): 7/8/19

Please check the appropriate box and return this form to the Facility Grievance Specialist.

☐ Agree with facility appeal response.

☒ Disagree with facility appeal response. Send appeal to Department Offender Grievance Manager.

Signature of offender: Lance Wal[ters]
Date signed (month, day, year): 8-6-19

DISTRIBUTION: Copy – Facility Grievance Specialist; Copy – Department Grievance Manager; Copy – Offender Packet, Facility; Copy – Offender

**EXHIBIT E** (tabbies)

WALTERS (5)-GR 00050



**Indiana Department of Correction**
**Plainfield Correctional Facility**
## Offender Grievance Response Report
Case Log #: 107723

DOC No: 103746   Offender Name: Lance Walters   Bldg/Range/Bed: 11-NA-49A
Current Facility: ISF

*TOPIC:* Medical-Exc. Forced Treatment - Access to or Delay in Receiving Medical (   Incident Date: 04-JUN-19

### Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| I - Formal Grievance | 04-JUN-19 | 10-JUN-19 | 17-JUN-19 |

**Level Response**

Your grievance has been reviewed and investigated. After speaking with the Business Office, it has been determined that per policy 04-01-104 pg 9 "the facility shall attempt to allow the offender to retain at least 5.00 in the Inmate Trust Fund account in order to purchase personal hygien items and over the counter medication. However, this does not mean they have to. If debt is owed, they have the authority to retain as much money until the debt is paid in full. Also after reviewing your Inmate Trust Account, it shows that you still have a significant amount of money in your account to purchase the items you mentioned. Also per policy 04-01-104 pg 15, Offenders who rescind the "Limited Power of Attorney" form shall not be permitted to request withdrawls from the Inmate Trust Account. The facility shall continue to withdraw funds for mandated reasons, such as court ordered judgements, court filing fees or restitution. However, the offender shall not be permitted to purchase items from the commissary other than personal hygien and over the counter medications, purchase mail-order items or send money to family and friends, etc. The offenders funds shall remain in the Inamte Trust Fund account until the offender's release at which time these funds shall be provided to the offender."

Grievance Denied
Grievance Specialist J. Jones

_____       6-17-19
Executive Assistant                                Date

_____       6-17-19
Student/Offender                                    Date

____ Agree   _X_ Disagree

SCANNED

17-JUN-19 01:03 PM                 Page 1 of 1

WALTERS (5)-GR 00051